IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:10cv188

| | |
|---|---|
| LISA BRIDGES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| CMH HOMES, INC. and CMH ) | |
| HOMES INC., d/b/a CLAYTON ) | |
| HOMES and/or LUV HOMES, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the Plaintiff's Motion to Remand [Doc. 4]. The Plaintiff represents that the Defendants do not oppose the Motion.

For the reasons stated in the Plaintiff's Motion, and for cause shown, **IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Remand [Doc. 4] is **GRANTED**, and this civil action is hereby **REMANDED** to the Superior Court of Cleveland County, North Carolina.

**IT IS SO ORDERED**.

Signed: September 28, 2010

Martin Reidinger
United States District Judge